**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DENISE CURTIS**                                                                                    **PLAINTIFF**

**v.**                                        **4:07-CV-01180-WRW**

**BEST BUY STORES, LP and
DOE I.**                                                                                             **DEFENDANTS**

## ORDER

Pending is Defendant's Motion to Compel (Doc. No. 10), which was filed on April 2, 2008. Plaintiff's response was due on April 16, 2008.

On May 8, 2008, I sent a letter to Plaintiff, which reads:

I have received Defendant's Motion to Compel, which was filed on April 2, 2008, and it appears to be well taken.

I assume that since you have not filed a response, you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Tuesday, May 13, 2008, I will grant the motion.[1]

Plaintiff has not responded.

Defendant's Motion to Compel (Doc. No. 10) is GRANTED. Plaintiff is directed to respond to Defendant's discovery requests by 5 p.m., Wednesday, May 21, 2008.

IT IS SO ORDERED this 14th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 14.

1