# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DENISE CURTIS**                                                                                       **PLAINTIFF**

**v.**                                          **4:07CV01180-WRW**

**BEST BUY STORES, L.P.,** *et al*.                                                          **DEFENDANTS**

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 21) in which the parties state that Plaintiff has executed and entered into a Release, and no longer desires to prosecute this case against these Defendants. The parties ask the Court to Dismiss this case with prejudice, with costs to be taxed against the party incurring the cost. The Motion is GRANTED; this case is DISMISSED with prejudice. Each side will pay its own costs. All other pending motions (Doc. Nos. 18, 20) are MOOT.

IT IS SO ORDERED this 18th day of July, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE